**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    2:04-CR-177-GMN-(PAL) |
| | ) |
| FLORIN IANCU, and, | ) |
| ROUBEN KIRAKOSSIAN, | ) |
| | ) |
| Defendants. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

On April 20, 2011, the United States District Court for the District of Nevada entered a

Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

Code, Section 1963(a)(3); and Title 21, United States Code, Section 853(p) based upon the plea of

guilty by defendant FLORIN IANCU to the criminal offense, forfeiting the property set forth in the

Plea Memorandum and the Forfeiture Allegations of the Second Superseding Criminal Indictment and

shown by the United States to have the requisite nexus to the offense to which defendant FLORIN

IANCU pled guilty. Second Superseding Criminal Indictment, ECF No. 267; Plea Memorandum, ECF

No. 293; Change of Plea, ECF No. 294; Preliminary Order of Forfeiture, ECF No. 296; Final Order of

Forfeiture, ECF No. 304.

On January 8, 2013, the United States District Court for the District of Nevada entered a

Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

Code, Section 1963(a)(3); and Title 21, United States Code, Section 853(p) based upon the plea of

guilty by defendant ROUBEN KIRAKOSSIAN to the criminal offense, forfeiting the property set forth in the Plea Agreement, and the Forfeiture Allegations of the Second Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant ROUBEN KIRAKOSSIAN pled guilty. Second Superseding Criminal Indictment, ECF No. 267; Change of Plea, ECF No. 333; Preliminary Order of Forfeiture, ECF No. 334; Plea Agreement, ECF No. 335; Final Order of Forfeiture, ECF No. 352.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 19, 2013, through December 18, 2013, notifying all potential third parties and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 356 and 357. Notice of Filing Service of Process, ECF Nos. 358, 358-1, 358-2, 358-3, and 358-4.

On November 14, 2013, Citigroup Inc. c/o CEO Michael Corbat, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358, p. 5-9 and ECF No. 384-4 p. 6-18.

On November 14, 2013, C T Corporation System, Registered Agent for Citicorp Inc., was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358, p. 10-14 and ECF No. 384-4 p. 6-18.

On November 22, 2013, C T Corporation System sent a letter to the U.S. Attorney's Office in Las Vegas stating they were not the Registered Agent for Citicorp Inc. in the state of New York.

On January 7, 2014, C T Corporation System, Registered Agent for Citigroup Inc., was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358, p. 15-20 and ECF No. 384-4 p. 6-18.

. . .

. . .

2

On November 14, 2013, US Bancorp c/o CEO Richard K. Davis, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-1, p. 1-5 and ECF No. 384-4 p. 6-18.

On November 14, 2013, C T Corporation System Inc., Registered Agent for US Bancrop, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-1, p. 6-10 and ECF No. 384-4 p. 6-18.

On November 14, 2013, Discover Financial Services (Inc.) c/o President Roger Hochschild, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-1, p. 11-15 and ECF No. 384-4 p. 6-18.

On November 14, 2013, C T Corporation System, Registered Agent for Discover Financial Services (Inc.), was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-1, p. 16-20 and ECF No. 384-4 p. 6-18.

On November 14, 2013, People's United Financial, Inc. c/o President Jack Barnes, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-2, p. 1-5 and ECF No. 384-4 p. 6-18.

On November 14, 2013, Susan D. Stanley, Registered Agent for People's United Financial, Inc., was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-2, p. 6-10 and ECF No. 384-4 p. 6-18.

On November 14, 2013, Community America Credit Union c/o CEO Dennis Pierce, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-2, p. 11-15 and ECF No. 384-4 p. 6-18.

On November 14, 2013, Commerce Bank c/o President John W. Kemper, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-2, p. 16-20 and ECF No. 384-4 p. 6-18.

On November 14, 2013, (Regulated by the Division of Finance), Registered Agent for Commerce Bank, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-3, p. 1-5 and ECF No. 384-4 p. 6-18.

On November 14, 2013, HSBC Card Services c/o President Patrick Burke, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-3, p. 6-10 and ECF No. 384-4 p. 6-18.

On November 14, 2013, The Corporation Trust Company of Nevada, Registered Agent for HSBC Card Services, Inc. was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-3, p. 11-15 and ECF No. 384-4 p. 6-18.

On November 14, 2013, General Electric Company c/o President Jeffrey R. Immelt, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-3, p. 16-20 and ECF No. 384-4 p. 6-18.

On November 14, 2013, The Corporation Trust Company of Nevada, Registered Agent for General Electric Company, was served by regular mail and certified return receipt mail with the Notice and Preliminary Orders of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 358-4, p. 1-18.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

4

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 1963(a)(3); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

(1) Sony Vaio Desk Top computer (serial number: 284711373004449);

(2) Compaq Presario laptop computer (serial number: 6D22JCH371W9);

(3) Hewlett Packard laptop computer (serial number: TW13920335);

(4) Valiant 671DP laptop computer (serial number: T0140E300850);

(5) automated teller machine (AATM@);

(6) Toshiba laptop computer (serial number: 2304502PU);

(7) HP Pavilion 753N (serial number: MX23605319);

(8) Panasonic Palmcorder mini-dv camera, model PV-DV (serial number: BN07131008488);

(9) HP Office Jet printer (serial number: MY16CB-21YP);

(10) VEO Stingray video camera (serial number: 330VB2AX000-771);

(11) Olympus digital camera (serial number: 237238802);

(12) Compaq Contura laptop computer (serial number: 7529HPB23352);

(13) Sony Vaio laptop computer (serial number: 283216303205876):

(14) HP laptop computer (serial number: TW21618644);

(15) Quantum Hard drive (serial number: 652028547895PGZXX);

(16) Sony MVC-CD 300 digital camera (serial number: 341794);

(17) JVC digital video camera DVM-90 (serial number: 09660914);

(18) Sony Digital Photo Printer DPP-EX5 (serial number: 312788);

(19) Brother LX-900 Printer (serial number: US 2543-MOJ35);

(20) Sony LCD Monitor (serial number: 0424888);

5

(21)     Sharp Display Monitor (serial number: 203418267); and

(22)     an *in personam* criminal forfeiture money judgment of $1,000,000.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 25th day of February, 2014.

_____

Gloria M. Navarro, Chief Judge
United States District Court

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Amended Final Order of Forfeiture on February 18, 2014, by the below identified method of service:

<u>CM/ECF</u>

Michael Paul Kimbrell
Michael P. Kimbrell, LTD
523 S. 8th Street
Las Vegas, NV 89101-7002
mpkimbrell@aol.com
Attorney for Florin Iancu

Alex R. Kessel
Law Offices of Alex R. Kessel
15910 Ventura Blvd. Ste. 1030
Encino, CA 91436
kessellaw@sbcglobal.net
Attorney for Rouben Kirakossian

Donald J. Green
Law Offices of Donald J. Green
4670 S. Pecos Rd., Ste. 103
Las Vegas, NV 89121
crimelv7777@aol.com
Attorney for Rouben Kirakossian

Brian M. Fisher
Law Office of Brian M. Fisher
228 S. Fourth St.
Las Vegas, NV 89101
lvcriminaldefense@yahoo.com
Attorney for Sam Magzanyan

Charles E. Kelly
Charles E. Kelly & Associates
706 S. Eighth
Las Vegas, NV 89101
ceklv@aol.com
Attorney for Eduard Andronescu

Thomas F. Piataro
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
thomaspitaro@yahoo.com
Attorney for Eduard Andronescu

Janelle Lavigne
Gage & Gage
7455 West Washington Ave. #415
Las Vegas, NV 89128
efile@gagelawfirm.com
Attorney for Georgiana Viorica Muresan

Robert M. Draskovich, Jr.
Robert M. Draskovich, Chtd.
815 S. Casino Center
Las Vegas, NV 89101
emangana@draskovich.com
Attorney for Georgiana Viorica Muresan

Robert G. Lucherini
Robert Lucherina Chtd.
518 S. 9th St.
Las Vegas, NV 89101
ainnocent1@aol.com
Attorney for Armenoui Garibian

John T. Moran, III
Moran Law Firm
630 S. 4th St.
Las Vegas, NV 89101
Jt3.moran@moranlawfirm.com
Attorney for Nana Ochershvilli

Michael I Gowdey
Law Offices of Michael I Gowdey
Law Offices of Michael I Gowdey
815 S. Casino Center Blvd.
Las Vegas, NV 89101
mgowdey@aol.com
Attorney for Marian Iancu

Travis E. Shetler
Travis E. Shetler, P.C.
844 E. Sahara Ave.
Las Vegas, NV 89104
travisshetler@gmail.com
Attorney for Petros Kekedian

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal